HYMAN PORTNOW, Landlord, Appellant, v. " FRANK " LA ROSA et al., Tenants, Respondents.

Supreme Court, Appellate Term, Second Department, January 14, 1948.

*Moses Block* for appellant.

*Anthony W. Fiero* for respondents.

MEMORANDUM *Per Curiam.* The petition is defective inasmuch as it describes the petitioner as the owner in fee of the premises when admittedly he is a co-owner. Section 1415 of the Civil Practice Act requires that he and his co-owner should join in the petition and state their interests in the premises. (*Lucchesi* v. *Johnson,* N. Y. L. J., Dec. 14, 1946, p. 1749, col. 6.)

The final order should be unanimously modified on the law by inserting a provision that the dismissal of the proceeding was without prejudice, and, as so modified, the final order should be affirmed, without costs.

MacCRATE, STEINBRINK and FENNELLY, JJ., concur.

Ordered accordingly.